■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. MARRANCO, Appellant. (Appeal No. 1.) [903 NYS2d 298]—Appeal from a resentence of the Genesee County Court (Robert C. Noonan, J.), rendered February 11, 2009. Defendant was resentenced upon his conviction of burglary in the third degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSUALO T. SANDERS, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered March 20, 2008. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEDEDIAH SHAW, Appellant. [903 NYS2d 297]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered August 11, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of marihuana in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.